**No. 41825.**—Protest 287882–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain of the items consist of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41826.**—Protest 417692–G of Abraham & Straus, Inc. (New York).

Opinion by TILSON, J. It was stipulated that the Normandy laces in question are similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). In accordance therewith the claim at 75 percent under paragraph 1430 was sustained.

**No. 41827.**—Protest 310203–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 37230 the claim at 60 percent under paragraph 31 was sustained.

BEFORE THE SECOND DIVISION, JULY 17, 1939

**No. 41828.**—Protest 238983–G of Abraham & Straus, Inc. (New York).

Opinion by TILSON, J. It was stipulated that certain of the items in question consist of Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41829.**—Protest 462044–G of Salem Shawiry (New York).

Opinion by TILSON, J. The record established that the Normandy laces in question are similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41830.**—Protest 193921–G of American Express Co. (New York).

Opinion by TILSON, J. The record showed that certain of the Normandy laces in question are similar to those the subject of *Amrein* v. *United States* (T. D. 49551). In accordance therewith the claim at 75 percent under paragraph 1430 was sustained.